**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

MOUNT SINAI HOSPITAL; MOUNT SINAI BETH ISRAEL; and ST. LUKE'S-ROOSEVELT HOSPITAL,

*Plaintiffs*,

v.

CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, LLC; WELLPARTNER, LLC; and JOHN DOES 1-15,

*Defendants*.

Case No. 1:26-cv-4143

**CERTIFICATION OF PAGE-LIMIT AND FORMATTING COMPLIANCE**

I hereby certify that the Memorandum of Law in Support of Defendants' Motion to Dismiss complies with Local Civil Rule 7.1, Section III.B of the Court's Individual Practices in Civil Cases, and the Court's July 17, 2026 Order (ECF 34) because the body of the brief does not exceed 30 pages, all text is in 12-point type, the document has one-inch margins on all sides, and all text—except for headings, text in footnotes, or block quotations—is double-spaced.

Dated: July 22, 2026

Respectfully submitted,

/s/ *Grant A. Geyerman*

Grant A. Geyerman
WILLIAMS & CONNOLLY LLP
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
Email: ggeyerman@wc.com

For Matters in New York:
650 Fifth Avenue, Suite 1500
New York, NY 10019