**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------X

MOUNT SINAI HOSPITAL; MOUNT SINAI BETH ISRAEL; and ST. LUKE'S-ROOSEVELT HOSPITAL,

Plaintiffs,

-against-

CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC;

CAREMARK, LLC; WELLPARTNER, LLC; and JOHN DOES 1-15,

Defendants.

------------------------------------------X

**26-CV-4143 (GHW) (VF)**

**ORDER RESCHEDULING ORAL ARGUMENT**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

The oral argument regarding Defendants' Motion to Dismiss (ECF No. 40) in this matter has rescheduled for **Friday, October 30, 2026 at 12:00 p.m.**, in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

DATED: New York, New York
October 19, 2026

VALERIE FIGUEREDO
United States Magistrate Judge