**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MOUNT SINAI HOSPITAL; MOUNT SINAI BETH ISRAEL; and ST. LUKE'S-ROOSEVELT HOSPITAL,<br>*Plaintiffs*,<br>v.<br>CVS HEALTH CORPORATION; CAREMARKPCS HEALTH, LLC; CAREMARK, LLC; WELLPARTNER, LLC; and JOHN DOES 1-15,<br>*Defendants*. | Case No. 1:26-cv-4143-GHW<br><br>**JOINT STATUS REPORT** |

Pursuant to the Case Management Plan (ECF No. 55), Plaintiffs Mount Sinai Hospital, Mount Sinai Beth Israel, and St. Luke's-Roosevelt Hospital, and Defendants CVS Health Corporation, CaremarkPCS Health, LLC, Caremark, LLC, Wellpartner, LLC (collectively, "Parties"), by and through counsel, respectfully submit this Joint Status Report to update the Court regarding the status of discovery.

The Parties have exchanged written discovery, consisting of interrogatories and requests for production of documents. CaremarkPCS Health, LLC and Caremark, LLC submitted their responses to Plaintiff's First Set of Document Requests on October 1, 2026, and Plaintiffs submitted their responses to Defendants' First Set of Requests for Production on November 5, 2026. Defendants are scheduled to submit the following respective responses on November 12, 2026: (1) CVS Health Corporation and Wellpartner, LLC will each respond to Plaintiff's First Set of Discovery Requests, and (2) Caremark, LLC will respond to Plaintiff's Second Set of Discovery Requests. The Parties have also exchanged positions regarding the scope of initial custodians and related search terms and intend to meet and confer regarding the same.

Dated: November 10, 2026

Respectfully submitted,

*/s/ Todd Mizeski*

Jonathan E. Levitt
Todd Mizeski
Matthew Modafferi

**FRIER & LEVITT, LLC**

One World Trade Center
285 Fulton St., 45th Floor, Suite 45E
New York, NY 10007

84 Bloomfield Ave
Pine Brook, NJ 07058
Telephone: (973) 618-1660
Facsimile: (973) 618-0650
jlevitt@frierlevitt.com
tmizeski@frierlevitt.com
mmodafferi@frierlevitt.com

*Counsel for Plaintiffs*

*/s/ Grant A. Geyerman*

Enu Mainigi (*pro hac vice*)
Grant A. Geyerman (*pro hac vice*)
Benjamin N. Hazelwood (Bar No. 5001508)
Joseph S. Sandoval-Bushur (*pro hac vice*)

**WILLIAMS & CONNOLLY LLP**

680 Maine Avenue, S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
ggeyerman@wc.com
bhazelwood@wc.com
jsandoval-bushur@wc.com

650 Fifth Avenue, Suite 1500
New York, NY 10019

*Counsel for Defendants*

**MEMO ENDORSED**

HON. VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE

**Dated: November 13, 2026**

The parties are ordered to file a further status update by **January 13, 2026**.

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2026, a true and correct copy of the foregoing document was filed electronically through the ECF system and counsel of record received notification via ECF.

Dated: November 10, 2026

Respectfully submitted,

/s/ *Grant A. Geyerman*

Grant A. Geyerman
WILLIAMS & CONNOLLY LLP
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: (202) 434-5000
Email: ggeyerman@wc.com

For Matters in New York:
650 Fifth Avenue, Suite 1500
New York, NY 10019